# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION – COLUMBUS
### *Electronically Filed*

| | | |
|---|---|---|
| IXTEL P. POLO | ) | |
| | ) | HON. MICHAEL H. WATSON, Presiding |
| Plaintiff, | ) | HON. NORAH MCCANN KING, Referral |
| | ) | |
| v. | ) | Case No. 2:15-CV-2749-MHW-NMK |
| | ) | |
| BAY AREA CREDIT SERVICE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## HOVG, LLC dba BAY AREA CREDIT SERVICE'S
## CORPORATE DISCLOSURE STATEMENT

Defendant, HOVG, LLC, dba Bay Area Credit Service ("Bay Area"), by counsel and in accordance with Federal Rule of Civil Procedure 7.1, states that it is a privately held corporation and that there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

/s/ Mark B. Gerano
Mark B. Gerano, No. 0091969 (Trial Attorney)
DINSMORE & SHOHL LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
Phone (513) 977-8200
Fax (513) 977-8141
mark.gerano@dinsmore.com
*Counsel for Bay Area Credit Service*

AND

Stephen J. Mattingly
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300
Fax: (502) 585-2207

stephen.mattingly@dinsmore.com
*Counsel for Bay Area Credit Service (to seek admission pro hac vice)*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed on October 20, 2015, using the CM/ECF system, which will send notice of filing to all parties of record, and a copy was served via email on the following:

Ixtel P. Polo
6983 Steeplebush Ave.
Westerville, OH 43082
poloixtel@gmail.com

/s/ Mark B. Gerano
*Counsel for Bay Area Credit Service*

2